IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Georgia_
_Brunswick_ DIVISION
*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2025 JUL -7  A 11: 04

CLERK_____
SO. DIST. OF GA.

_Joshua wilbert williams_

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

_Glynn County Detention_
_Center medical provider_

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

CV 225-087
Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes    ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Joshua Wilbert Williams

All other names by which you have been known:

ID Number    019220

Current Institution    Glynn County Detention Center

Address    100 Sulphur Springs Rd

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Gylnn County Detention Center

Job or Title (if known)    Medical provider

Shield Number

Employer    Gylnn County Detention Center

Address    100 Sulphur Springs Rd

☐    Individual capacity        ☑    Official capacity

Defendant No. 2

Name

Job or Title      _____
(if known)

Shield Number      _____

Employer      _____

Address      _____

         _____

☐   Individual capacity      ☐   Official capacity

**Defendant No. 3**

Name      _____

Job or Title      _____
(if known)

Shield Number      _____

Employer      _____

Address      _____

         _____

☐   Individual capacity      ☐   Official capacity

**Defendant No. 4**

Name      _____

Job or Title      _____
(if known)

Shield Number      _____

Employer      _____

Address      _____

         _____

☐   Individual capacity      ☐   Official capacity

**II.     Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Inadequate medical Care

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

4

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Glynn County Detention Center, Pod A-2 bunk 17a

C.    What date and approximate time did the events giving rise to your claim(s) occur?

5-5-25    response 5-6-25
5-14-25    response
6-25-25    response (6-27-25) Filed 6-28-2025

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My tooth broke into my Gum while eating breakfast. I filed a medical request due to pain. Medical has failed to see me

for this request.

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Swelling of Gums, bleeding, sore throat, Ear ache, Pain in mouth, Heart fluttering Fecie received no medical treatment nor was I called to medical to be Checked on, and have yet to be seen

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Money Damages 50,000 my basis is that the medical provider left my body untreated and neglected my well being by not following up on my medical request, I asking for medical treatment for my Issue

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Glynn County Detention Center

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Dental Health Care

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐     Yes

☐     No

E.    If you did file a grievance:

1.    Where did you file the grievance?

~~Grtun~~ Glynn County Detention Center

2.    What did you claim in your grievance?

I have bad tooth its broken at the gum it hurts and makes it hard to sleep please help I've been angry due to pain and lack of sleep

3.    What was the result, if any?

1. ADDeD to Dental list, ADDeD
2. Ref # 5021-723641
Please ask PoD office Tylinol When the nurse comes in tonight for medical

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I followed the Chain of Command in Grievance process and appeal process

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I was told to look to CO's for tylenol but have been told unaviable and there not responsible for Medication, Nurse is.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐   Yes

    ☑   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes
☑   No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    _____
Defendant(s)   _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐   Yes
☐   No

If no, give the approximate date of disposition. _____

10

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐   Yes

☑   No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

11

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jun. 9th, 2025.

Signature of Plaintiff      Joshua W. Williams

Printed Name of Plaintiff   Joshua Wilbert Williams

Prison Identification # 019270

Prison Address  100 Sulphur Spring Rd

Brunswick          GA          31520

City                State        Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number               _____

Name of Law Firm         _____

Address            _____

Telephone Number   _____

E-mail Address     _____

**MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)**

**DEPARTMENT/COURT SERVICES MEMO**

You have asked for information on criminal history, juvenile records, jail, court/medical records, particular websites, arrest affidavits/discovery, bail, classification issues, county/federal/state/jail programs, addresses, phone numbers, police reports/prosecution procedures, extra and/or copy service, specific services, postage/writing materials (pen & blank paper), notary/typing services, copies of policies/jail standards, other agency policy, and/or grievance issues that may or may not be provided by your jail. LRA does not have access to nor provides this information.

Please contact the courts, a deputy/corrections officer, Inmate Classification/Counselor or Inmate Services staff regarding this information.

Thank you,

LRA

Joshua Wilk-e ~Evans
110 Sulphersprings Road
601
Brunswick GA 31520

(Legal Mail)



FOREVER / USA

**GLYNN COUNTY DETENTION CENTER**
Mailed by an Inmate Incarcerated in a Detention Facility

OFFICE Of The Clerk
UNITED STATES District COURT
Southern District of Georgia
      Post office Box 1636
Brunswick, Georgia 31521
   official Business
Penaty For Private use $300

( LEGAL MAIL )

INSPECTED

JUL 07 2025

U.S. Marshals Service/SGA

12 W

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022